PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

JUDGE KENNELLY

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 2:125-P-C |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 08CR 271 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ricardo L. Vasquez | MAINE | |
| | NAME OF SENTENCING JUDGE | |
| | Hon. Gene Carter, Sr. U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 2/1/07 — TO 1/31/10 |

RECEIVED
MAR 13 2008
PROBATION OFFICE
CHICAGO, ILLINOIS

OFFENSE

Attempting to Persuade, Induce, Entice, Coerce A Minor to Engage in Criminal Sexual Activity

FILED
JN 3-28-08
MAR 28 2008

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/28/08
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
Effective Date

_____
United States District Judge