PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:125-P-C

**DOCKET NUMBER** *(Rec. Court)*
08CR 271

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ricardo L. Vasquez | MAINE | |

**NAME OF SENTENCING JUDGE**
Hon. Gene Carter, Sr. U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 2/1/07 | TO 1/31/10 |
|---|---|---|

**OFFENSE**

Attempting to Persuade, Induce, Entice, Coerce A Minor to Engage in Criminal Sexua[l]

FILED
APR 23 2008
4-23-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/28/08
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
Effective Date

United States District Judge

Scanned by: ____
Folder Location: Thurs
File Name: 9C 02 CV 125
Names of Attachments, if any:

OFFICE OF THE CLERK
*United States District Court*
DISTRICT OF MAINE
www.med.uscourts.gov

LINDA L. JACOBSON
    CLERK

☒ Edward T. Gignoux Courthouse
156 Federal Street, Rm 102
Portland, Maine 04101
(207)780-3356 ext. 2214

☐ Margaret Chase Smith Courthouse
P.O. Box 1007
Bangor, Maine 04402
(207)945-0575

April 14, 2008

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**FILED**

APR 2 3 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RE:  USA v. Ricardo L. Vasquez**
    **OUR CRIMINAL NO. 2:02-CR- 125-P-C**
    **YOUR CASE NO. 08-271**

Dear Clerk:

Pursuant to the Transfer of Jurisdiction filed in the above matter on March 26, 2008 the Northern District of Illinois accepted jurisdiction in the above referenced Supervised Release. Enclosed please find the certified copies of the following:
Indictment
Judgment and commitment,
Docket sheet
Transfer of Jurisdiction Form.

Sincerely,

Lindsey R. Caron
Deputy Clerk

Enc.
Cc: probation

CLOSED, VICTIM

# U.S. District Court
# District of Maine (Portland)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-00125-GC-1

Case title: USA v. VASQUEZ

Date Filed: 12/17/2002
Date Terminated: 10/10/2003

Assigned to: JUDGE GENE CARTER

### Defendant (1)

**RICARDO L VASQUEZ**
*TERMINATED: 10/16/2003*
also known as
RICKIE DASQUEZ
*TERMINATED: 10/16/2003*

represented by EDWARD S. MACCOLL
THOMPSON, BULL, FUREY, BASS
& MACCOLL, LLC, P.A.
120 EXCHANGE STREET
P.O. BOX 447
PORTLAND, ME 04112
774-7600
Email: emaccoll@thomport.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

18:2422.F COERCION OR
ENTICEMENT OF FEMALE; Attempt
to persuade, induce, entice and coerce
an individual under the age of 18 to
engage in sexual activity; 18:2422(b)
(1)

### Disposition

The defendant is hereby committed to
the custody of the U.S. Bureau of
Prisons to be imprisoned for a total term
of 57 months; Upon release from
imprisonment, the defendant shall be on
supervised release for a term of 3 years;
Special Assessment $100; Fine waived;
Restitution is not applicable

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:2423.F COERCION OR
ENTICEMENT OF MINOR FEMALE;
Travel in interstate commerce for the
purpose of engaging in a sexual act with
a person under 18 years of age; 18"2423

### Disposition

Count 2 Dismissed Upon Oral Motion
By The Government

(b)
(2)

## Highest Offense Level (Terminated)

Felony

## Complaints                                    Disposition

None

---

## Plaintiff

USA                              represented by  **DAVID R. COLLINS**
                                                 U.S. ATTORNEY'S OFFICE
                                                 DISTRICT OF MAINE
                                                 100 MIDDLE STREET PLAZA
                                                 PORTLAND, ME 04101
                                                 (207) 780-3257
                                                 Fax: (207) 780-3304
                                                 Email: david.collins@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2002 | 1 | COMPLAINT as to JOHN DOE Government Attorney added: DAVID R. COLLINS [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/12/2002 |  | ARREST Warrant issued as to JOHN DOE ; Original delivered to US Marshal cc:gvt,USP 12/12/02 [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/13/2002 |  | CJA 23 FINANCIAL AFFIDAVIT by JOHN DOE aka Ricardo Vasquez [ 2:02-m -66 ] (slh) Modified on 12/13/2002 (Entered: 12/13/2002) |
| 12/13/2002 | 2 | MOTION by USA as to JOHN DOE aka Rickie Vasquez aka Ricky Dasquez for Detention ; 3 day continuance requested [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/13/2002 |  | PROCEEDING as to JOHN DOE :, Initial Appearance Held (Defendant informed of rights) , CJA 20: Appointment of Attorney EDWARD S. MACCOLL before MAG. JUDGE DAVID M. COHEN ( Court Reporter: FTR) Dft remanded to custody of USMS. [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/13/2002 |  | ORAL MOTION by JOHN DOE to Continue Detention Hearing to 12/19/02 [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/13/2002 |  | ORAL ORDER granting [0-0] oral motion to Continue Detention Hearing, set Detention Hearing for 9:00 12/19/02 for JOHN DOE , set Preliminary Examination for 9:00 12/19/02 for JOHN DOE ( Entered by MAG. JUDGE |

|  |  |  |
|---|---|---|
|  |  | DAVID M. COHEN ) [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/13/2002 | 3 | ORDER OF TEMPORARY DETENTION as to JOHN DOE ; Detention Hearing set for 9:00 12/19/02 for JOHN DOE Preliminary Exam set for 9:00 12/19/02 for JOHN DOE ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/13/2002 |  | ARREST of JOHN DOE aka Rickie Dasquez aka Vasquez [ 2:02-m -66 ] (slh) (Entered: 12/13/2002) |
| 12/16/2002 |  | Arrest WARRANT Returned Executed as to JOHN DOE aka Rickie Dasquez on 12/13/02 [ 2:02-m -66 ] (slh) (Entered: 12/16/2002) |
| 12/17/2002 | 4 | INDICTMENT as to RICARDO VASQUEZ (1) count(s) 1, 2 (Preliminary Examination cancelled.) Government Attorney added: DAVID R. COLLINS (mmc) (Entered: 12/18/2002) |
| 12/18/2002 |  | Related Search Warrant Papers from case US v. ONE BLACK DUFFEL BAG 02m67c filed in this case as to RICARDO L VASQUEZ(slh) Modified on 12/18/2002 (Entered: 12/18/2002) |
| 12/20/2002 |  | ORAL MOTION by RICARDO L VASQUEZ to Continue Detention Hearing to Mon., 12/23/02, at 2:30 pm (dw) (Entered: 12/20/2002) |
| 12/20/2002 |  | PROCEEDING as to RICARDO L VASQUEZ: Arraignment Held , Not Guilty Plea; plea accepted: RICARDO L VASQUEZ (1) count(s) 1, 2 of Indictment , Motion Hearing Held re: [2-1] motion for Detention, dft REMANDED to custody of USMS; Temporary Order of Detention continued pending further hearing 12/20/02, 2:30 pm before MAG. JUDGE DAVID M. COHEN ( Court Reporter: FTR) (dw) (Entered: 12/20/2002) |
| 12/20/2002 |  | ORAL ORDER granting [0-0] relief, reset Detention Hearing for 2:30 12/23/02 for RICARDO L VASQUEZ ( Entered by MAG. JUDGE DAVID M. COHEN ) (dw) (Entered: 12/20/2002) |
| 12/20/2002 | 5 | ORDER OF DISCOVERY as to RICARDO L VASQUEZ setting Motion Filing deadline on 1/6/03 for RICARDO L VASQUEZ ; Ready for Trial on 3/3/03 for RICARDO L VASQUEZ ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP ; ; (dw) (Entered: 12/20/2002) |
| 12/20/2002 |  | ORAL ORDER granting [0-0] oral motion to Continue Detention Hearing to Mon., 12/23/02, at 2:30 pm, reset Detention Hearing for 2:30 12/23/02 for RICARDO L VASQUEZ ( Entered by MAG. JUDGE DAVID M. COHEN ) (dw) (Entered: 12/23/2002) |
| 12/23/2002 | 6 | MOTION by RICARDO L VASQUEZ to Continue Detention Hearing (slh) (Entered: 12/23/2002) |
| 12/23/2002 |  | ENDORSEMENT ON MOTION granting [6-1] motion to Continue Detention Hearing w/out objection ( Entered by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP (slh) (Entered: 12/23/2002) |
| 12/30/2002 | 7 | MOTION by RICARDO L VASQUEZ to Extend Time To File Pretrial Motions (mjl) (Entered: 12/31/2002) |
|  |  |  |

| | | |
|---|---|---|
| 12/30/2002 | | PROCEEDING as to RICARDO L VASQUEZ :, continued testimonial Detention Hearing Held re: [2-1] motion for Detention before MAG. JUDGE DAVID M. COHEN ( Court Reporter: FTR) Dft ORDERED detained; written order to issue. (slh) (Entered: 01/03/2003) |
| 12/31/2002 | | Motion(s) referred to MAG. JUDGE DAVID M. COHEN : [7-1] motion to Extend Time To File Pretrial Motions (mjl) (Entered: 12/31/2002) |
| 12/31/2002 | 8 | ORDER OF DETENTION as to RICARDO L VASQUEZ terminating [0-0] Scheduling motion dtn hrg, granting [2-1] motion for Detention ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP (mjl) (Entered: 12/31/2002) |
| 12/31/2002 | 9 | MOTION by USA as to RICARDO L VASQUEZ to Exclude Time Under Speedy Trial Act Response deadline set for 1/21/03 for RICARDO L VASQUEZ (mjl) (Entered: 01/02/2003) |
| 01/02/2003 | 10 | APPEAL of Magistrate Decision to District Court Judge by RICARDO L VASQUEZ Re: [8-1] order Response deadline set for 1/23/03 for USA (mjl) (Entered: 01/02/2003) |
| 01/02/2003 | 11 | WITHDRAWAL by USA withdrawing [9-1] motion to Exclude Time Under Speedy Trial Act (mjl) (Entered: 01/02/2003) |
| 01/02/2003 | 12 | SPEEDY TRIAL EXCLUSION ORDER as to RICARDO L VASQUEZ granting [7-1] motion to Extend Time To File Pretrial Motions, reset Motion Filing deadline to 1/13/03 for RICARDO L VASQUEZ (XT started: 12/30/02 - 01/13/03) ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl (dw) (Entered: 01/03/2003) |
| 01/03/2003 | 13 | MOTION with Memorandum in Support by RICARDO L VASQUEZ for De Novo Hearing on [10-1] motion APPEAL of Magistrate Decision (estimated time 30 mins.) , or for Transcripts of Continued Detention Hrg held 12/30/02 Response deadline set for 1/24/03 for USA (dw) (Entered: 01/03/2003) |
| 01/06/2003 | | ENDORSEMENT ON MOTION- "REVIEWED this date and ORDERED that the Government file an expedited response on or before 1/13/03. Clerk to set this matter for oral argument after transcript of Court's hearing and Government's response filed." ( Entered by JUDGE GENE CARTER ) cc: cnsl, USM, USP (mjl) (Entered: 01/06/2003) |
| 01/06/2003 | | Deadline updated as to RICARDO L VASQUEZ, Response to Motion reset to 1/13/03 for USA for [10-1] motion APPEAL of Magistrate Decision (mjl) (Entered: 01/06/2003) |
| 01/07/2003 | 14 | TRANSCRIPT filed as to RICARDO L VASQUEZ of for dates of Arraingment & Detention Hearing held on December 20, 2003 & December 30, 2003 before Magistrate Judge David M. Cohen ( Court Reporter: Susan Hall & Deborah Whitney) (mjl) Modified on 01/07/2003 (Entered: 01/07/2003) |
| 01/10/2003 | 15 | RESPONSE by USA to [10-1] motion APPEAL of Magistrate Decision ; Reply to Response due 1/21/03 for RICARDO L VASQUEZ (dw) (Entered: 01/11/2003) |

| 01/14/2003 | | Motion hearing re: [10-1] motion APPEAL of Magistrate Decision by RICARDO L VASQUEZ set at 8:30 1/22/03 for RICARDO L VASQUEZ before JUDGE GENE CARTER (mjl) (Entered: 01/14/2003) |
|---|---|---|
| 01/15/2003 | 16 | MOTION by RICARDO L VASQUEZ to Suppress Response deadline set for 2/5/03 for USA (mjl) (Entered: 01/15/2003) |
| 01/21/2003 | 17 | REPLY by RICARDO L VASQUEZ to response to [10-1] motion APPEAL of Magistrate Decision (mjl) (Entered: 01/21/2003) |
| 01/22/2003 | | PROCEEDING as to RICARDO L VASQUEZ :, Motion Hearing Held re: [10-1] motion APPEAL of Magistrate Decision- Matter taken Under advisement- Parties to file brief by 1/22/03 by 4:30 p.m before JUDGE GENE CARTER ( Court Reporter: Julie Edgecomb) (mjl) (Entered: 01/22/2003) |
| 01/22/2003 | | PROCEEDING as to RICARDO L VASQUEZ :, Motion Hearing Held re: [10-1] motion APPEAL of Magistrate Decision - Parties to file additional briefs by 4:30 p.m. on January 22, 2003 before JUDGE GENE CARTER ( Court Reporter: Julie Edgecomb) (mjl) (Entered: 01/22/2003) |
| 01/22/2003 | | Motion(s) taken under advisement: [10-1] motion APPEAL of Magistrate Decision under advisement (mjl) (Entered: 01/22/2003) |
| 01/22/2003 | 18 | POST HEARING BRIEF filed by RICARDO L VASQUEZ in support of the Revocation of Detention Order (mjl) Modified on 01/22/2003 (Entered: 01/22/2003) |
| 01/22/2003 | 19 | POST- HEARING BRIEF filed by USA re: Motion for Revocation Hearing (mjl) (Entered: 01/22/2003) |
| 01/23/2003 | 20 | MEMORANDUM OF DECISION as to RICARDO L VASQUEZ denying [10-1] motion APPEAL of Magistrate Decision "Considering all the evidence in the record, the Court CONCLUDES that there is clear and convincing evidence that there is no condition or combination of conditions that will reasonably assure the safety of the community if Defendant is admitted to pretrial bail. It is hereby ORDERED that the appeal be, and it is hereby, DENIED and that the Order of Detention of December 31, 2002 (Docket No. 8), be, and it is hereby, AFFIRMED on the record, as supplemented by oral argument before this Judge, and the Defendant stand committed as specified in the Order of Detention and on the conditions stated therein." ( Signed by JUDGE GENE CARTER ) (mjl) (Entered: 01/23/2003) |
| 01/23/2003 | 21 | RESPONSE by USA to [16-1] motion to Suppress ; Reply to Response due 2/3/03 for RICARDO L VASQUEZ (mjl) (Entered: 01/23/2003) |
| 02/04/2003 | | Motion hearing re: [16-1] motion to Suppress by RICARDO L VASQUEZ set at 9:00 2/10/03 for RICARDO L VASQUEZ before MAG. JUDGE DAVID M. COHEN in the Hearing Room cc:cnsl (via t/c), USM,USP (slh) (Entered: 02/04/2003) |
| 02/04/2003 | | Motion(s) referred to MAG. JUDGE DAVID M. COHEN : [16-1] motion to Suppress (mjl) (Entered: 02/07/2003) |

| | | |
|---|---|---|
| 02/10/2003 | 22 | Minute Entry for proceedings held before Judge DAVID M. COHEN :Motion Hearing held as to RICARDO L VASQUEZ re 16 Motion to Suppress filed by RICARDO L VASQUEZ (Court Reporter C. PACKARD) (mo, ) (Entered: 02/10/2003) |
| 02/11/2003 | 23 | Post- Hearing BRIEF Re: 16 Motion to Suppress by RICARDO L VASQUEZ (mjl, ) (Entered: 02/12/2003) |
| 02/11/2003 | 24 | Post Hearing BRIEF Re: 16 Motion to Suppress by USA as to RICARDO L VASQUEZ (mjl, ) (Entered: 02/13/2003) |
| 02/13/2003 | | Set/Reset Deadlines/Hearings as to RICARDO L VASQUEZ : Ready for Trial on 4/7/2003. (mjl, ) (Entered: 02/13/2003) |
| 02/18/2003 | 25 | REPORT AND RECOMMENDED DECISION as to RICARDO L VASQUEZ re 16 Motion to Suppress- "For the foregoing reasons, I recommend that the defendant's motion to suppress evidence be DENIED." Objections to R&R due by 3/7/2003 Signed by Judge DAVID M. COHEN on 2/18/03. (mjl, ) (Entered: 02/19/2003) |
| 03/04/2003 | | Terminate Deadlines and Hearings as to RICARDO L VASQUEZ : For Ready For Trial 3/3/03 (mjl, ) (Entered: 03/04/2003) |
| 03/04/2003 | 26 | OBJECTION to 25 Report and Recommended Decision, by RICARDO L VASQUEZ Response to Objection to Report and Recommendations due by 3/21/2003. (mjl, ) (Entered: 03/04/2003) |
| 03/21/2003 | 27 | MOTION to Extend Time To File Objections To Recommended Decision by USA as to RICARDO L VASQUEZ.Responses due by 4/11/2003. (mjl, ) (Entered: 03/21/2003) |
| 03/21/2003 | | MOTIONS as to RICARDO L VASQUEZ REFERRED to David M. Cohen: 27 MOTION to Extend Time To File Objections To Recommended Decision (mjl, ) (Entered: 03/21/2003) |
| 03/21/2003 | | Terminate Deadlines and Hearings as to RICARDO L VASQUEZ : (mjl, ) (Entered: 03/21/2003) |
| 03/24/2003 | | ORDER granting 27 Motion to Extend Time as to RICARDO L VASQUEZ (1) "Granted without objection." Signed by Judge DAVID M. COHEN on 3/24/03. (mjl, ) (Entered: 03/24/2003) |
| 03/24/2003 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to RICARDO L VASQUEZ 25 REPORT AND RECOMMENDED DECISION as to RICARDO L VASQUEZ re 16 Motion to Suppress. Response to Objection to Report and Recommendations due by 3/25/2003. (mjl, ) (Entered: 03/24/2003) |
| 03/24/2003 | | Terminate Deadlines and Hearings as to RICARDO L VASQUEZ : Response to objections to R&R (mjl, ) (Entered: 03/24/2003) |
| 03/25/2003 | | NOTICE OF HEARING as to RICARDO L VASQUEZ Change of Plea Hearing set for 4/11/2003 03:00 PM before JUDGE GENE CARTER. (mjl, ) (Entered: 03/25/2003) |

| | | |
|---|---|---|
| 03/25/2003 | | Terminate Deadlines and Hearings as to RICARDO L VASQUEZ : For resposne to objection to rec. dec. (mjl, ) (Entered: 03/26/2003) |
| 03/27/2003 | 28 | RESPONSE TO OBJECTION to 25 Report and Recommended Decision, by RICARDO L VASQUEZ (mjl, ) (Entered: 03/31/2003) |
| 03/31/2003 | | Motion Taken Under Advisement as to RICARDO L VASQUEZ re 16 Motion to Suppress, 25 REPORT AND RECOMMENDED DECISION as to RICARDO L VASQUEZ re 16 Motion to Suppress (mjl, ) (Entered: 03/31/2003) |
| 03/31/2003 | 29 | PLEA AGREEMENT as to RICARDO L VASQUEZ (mjl, ) (Entered: 04/01/2003) |
| 04/08/2003 | 30 | PROSECUTION VERSION as to RICARDO L VASQUEZ (mjl, ) (Entered: 04/09/2003) |
| 04/11/2003 | 31 | Minute Entry for proceedings held before Judge GENE CARTER :Conference of Counsel held as to RICARDO L VASQUEZ re: Rule 11 hearing scheduled for 4/11/03 not held- At the counference of counsel held before the Rule 11 proceeding, the court continued the rule 11 until after the Court has ruled on the pending motion to suppress. Government to file reponse to the recommended decision on the motion to suppress. (Court Reporter Pauline Terry) (mjl, ) (Entered: 04/13/2003) |
| 04/11/2003 | 32 | RESPONSE TO OBJECTION to 25 Report and Recommended Decision, by USA as to RICARDO L VASQUEZ (mjl, ) (Entered: 04/13/2003) |
| 04/16/2003 | 33 | ORDER AFFIRMING REPORT AND RECOMMENDED DECISION as to RICARDO L VASQUEZ for 16 Motion to Suppress filed by RICARDO L VASQUEZ, 25 Report and Recommended Decision, "The Motion to Suppress Evidence is DENIED."Signed by Judge GENE CARTER on 4/16/03. (mjl, ) (Entered: 04/16/2003) |
| 04/29/2003 | | NOTICE OF HEARING as to RICARDO L VASQUEZ Change of Plea Hearing set for 5/2/2003 08:30 AM before JUDGE GENE CARTER. (mjl, ) (Entered: 04/29/2003) |
| 05/02/2003 | 34 | Minute Entry for proceedings held before Judge GENE CARTER :Change of Plea Hearing held as to RICARDO L VASQUEZ, Guilty Plea entered as to Count 1 ; Plea accepted. Presentence Report due by 7/14/2003. (Court Reporter Pauline Terry) (mjl, ) (Entered: 05/02/2003) |
| 07/09/2003 | | TRANSCRIPT of Proceedings as to RICARDO L VASQUEZ Change of Plea held on May 2, 2003 before Judge Gene Carter. Court Reporter: Pauline Terry. (mjl, ) (Entered: 07/09/2003) |
| 07/18/2003 | | ***Ready for Scheduling: PSC & SENTENCING (mjl, ) (Entered: 07/18/2003) |
| 07/24/2003 | | ***Ready for Scheduling: PSC & SENTENCING (mjl, ) (Entered: 07/24/2003) |
| 08/06/2003 | | NOTICE OF HEARING as to RICARDO L VASQUEZ Presentence |

|  |  |  |
|---|---|---|
|  |  | Conference set for 9/4/2003 10:30 AM before JUDGE GENE CARTER. Sentencing set for 9/24/2003 11:00 AM before JUDGE GENE CARTER. (mjl, ) (Entered: 08/06/2003) |
| 08/07/2003 |  | NOTICE OF HEARING as to RICARDO L VASQUEZ Sentencing set for 10/2/2003 09:00 AM before JUDGE GENE CARTER. (mjl, ) (Entered: 08/07/2003) |
| 09/04/2003 |  | ***Set/Reset Deadlines/Hearings as to RICARDO L VASQUEZ : Sentencing set for 10/2/2003 02:30 PM before JUDGE GENE CARTER. (mjl, ) (Entered: 09/04/2003) |
| 09/04/2003 | 35 | Minute Entry for proceedings held before Judge GENE CARTER :Presentence Conference held as to RICARDO L VASQUEZ Sentencing Memorandums are due by 9/25/2003. (Court Reporter Pauline Terry) (mjl, ) (Entered: 09/04/2003) |
| 09/24/2003 | 36 | SENTENCING MEMORANDUM by USA as to RICARDO L VASQUEZ (mjl, ) (Entered: 09/25/2003) |
| 09/25/2003 | 37 | SENTENCING MEMORANDUM by RICARDO L VASQUEZ (mjl, ) (Entered: 09/25/2003) |
| 09/29/2003 |  | NOTICE OF HEARING as to RICARDO L VASQUEZ Sentencing set for 10/10/2003 08:30 AM before JUDGE GENE CARTER. (mjl, ) (Entered: 09/29/2003) |
| 10/06/2003 | 38 | Ex Parte MOTION for Subpoena at Government Expense by RICARDO L VASQUEZ. (mjl, ) (Entered: 10/06/2003) |
| 10/06/2003 |  | ORDER granting 38 Motion for Subpoena at Government Expense as to RICARDO L VASQUEZ (1) "Request granted, subpoena to issue." By U.S. Magistrate Judge WILLIAM S. BROWNELL. (mjl, ) (Entered: 10/06/2003) |
| 10/10/2003 | 39 | Minute Entry for proceedings held before Judge GENE CARTER :Conference of Counsel held as to RICARDO L VASQUEZ before the sentencing hearing, Plea Agreement Accepted as to RICARDO L VASQUEZ, Sentencing held on 10/10/2003 as to RICARDO L VASQUEZ. Court orally denies defendant's motion for downward departure - Defendant remanded to USMS- Appeal rights given (Court Reporter Pauline Terry) (mjl, ) (Entered: 10/10/2003) |
| 10/10/2003 |  | Oral MOTION to Dismiss *To Dismiss Count 2 of the Indictment* by USA as to RICARDO L VASQUEZ. (mjl, ) (Entered: 10/10/2003) |
| 10/10/2003 |  | Oral ORDER granting [] Motion to Dismiss Count 2 of the Indictment as to RICARDO L VASQUEZ (1) By Judge GENE CARTER. (mjl, ) (Entered: 10/10/2003) |
| 10/10/2003 | 40 | COURT EXHIBIT LIST from Sentencing Hearing held on October 10, 2003 as to defendant(s) RICARDO L VASQUEZ (mjl, ) (Entered: 10/14/2003) |
| 10/16/2003 | 41 | JUDGMENT as to RICARDO L VASQUEZ (1), Count(s) 1, The defendant is hereby committed to the custody of the U.S. Bureau of Prisons to be |

| | | |
|---|---|---|
| | | imprisoned for a total term of 57 months; Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years; Special Assessment $100; Fine waived; Restitution is not applicable; Count(s) 2, Count 2 Dismissed Upon Oral Motion By The Government By Judge GENE CARTER. (mjl, ) (Entered: 10/16/2003) |
| 11/25/2003 | | SENTENCING EXHIBITS as to RICARDO L VASQUEZ Returned to Government, defendant (bfa, ) (Entered: 11/25/2003) |
| 01/10/2005 | 43 | SATISFACTION OF JUDGMENT filed by USA as to RICARDO L VASQUEZ (mjl, ) (Entered: 01/11/2005) |
| 02/26/2008 | 44 | Petition on Supervised Release by USA as to RICARDO L VASQUEZ (Attachments: # 1 Supplement Prob. 49 Waiver of Hearing)(PETROFF, RYAN) (Entered: 02/26/2008) |
| 02/27/2008 | 45 | ORDER granting 44 Petition to Modify Supervised Release as to RICARDO L VASQUEZ (1) By JUDGE GENE CARTER. (mjlt) (Entered: 02/27/2008) |
| 04/10/2008 | 46 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to RICARDO L VASQUEZ Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (lrc) (Entered: 04/14/2008) |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2002 DEC 17 P 6: 42

BY mm cc: cnsl, USPO, USMS
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 02-125-P-C
) (18 U.S.C. §§ 2422, 2423; Transportation
) For Illegal Sexual Activity)
RICARDO L. VASQUEZ, a/k/a )
Rickie Dasquez )

### INDICTMENT

The Grand Jury charges that:

### Count 1

From about August, 2002 to about the 13th day of December, 2002, in the District of Maine and elsewhere, the defendant,

**RICARDO L. VASQUEZ, a/k/a Rickie Dasquez,**

using a facility or means of interstate or foreign commerce, specifically a computer and a telephone, knowingly persuaded, induced, enticed, and coerced, and knowingly attempted to persuade, induce, entice, and coerce, an individual, that is, S.C., a juvenile who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, including gross sexual assault and/or unlawful sexual contact under the laws of the State of Maine,

All in violation of Title 18, United States Code, Section 2422(b);

### Count 2

From about August, 2002 to about the 13th day of December, 2002, in the District of Maine and elsewhere, the defendant,

**RICARDO L. VASQUEZ, a/k/a Rickie Dasquez,**

traveled in interstate commerce for the purpose of engaging in a sexual act with a person under 18 years of age for which the defendant could be charged with a criminal offense, including gross sexual assault and/or unlawful sexual contact under the laws of the State of Maine,

1

All in violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL.**

*[signature]*
Assistant United States Attorney

Dated: December 17, 2002

# United States District Court
## District of Maine

UNITED STATES OF AMERICA

V.

RICARDO L. VASQUEZ

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number 02-CR-125-P-C

Entered on Docket:

Edward MacColl, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ Pleaded guilty to count(s) One of the Indictment
☐ Pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ Was found guilty on count(s) _____ after a plea of not guilty.
☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) Two (is)(are) dismissed on the motion of the United States

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | Attempting To Persuade, Induce, Entice, Coerce A Minor To Engage In Criminal Sexual Activity | December 13, 2002 | ONE |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 10, 2003
Date of Imposition

Signature of Judicial Officer

Gene Carter, Senior U. S. District Judge
Name & Title of Judicial Officer

10/16/03
Date

Judgment—Page 2 of 6

DEFENDANT: RICARDO L. VASQUEZ
CASE NUMBER: 02-CR-125-P-C

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>fifty-seven (57) months.</u>

The defendant shall receive credit for time spent in presentence detention.

☒ The cost of incarceration fee is waived.

☒ The court makes the following recommendations to the Bureau of Prisons: The Court <u>RECOMMENDS</u> that Defendant be favorably considered for any program of sexual abuse therapy that may be available through the Bureau of Prisons.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district,
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment

United States Marshal

By _____
Deputy Marshal

AO 245B (Rev. 3/01) Sheet 3 - Supervised Release

Judgment—Page 3 of 6

DEFENDANT: RICARDO L. VASQUEZ
CASE NUMBER: 02-CR-125-P-C

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>three (3) years.</u>

The Defendant shall report to the probation office in the district which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

☒ The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The mandatory drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

☐ The defendant shall not possess a firearm, destructive device or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page 4 of 6

DEFENDANT: RICARDO L. VASQUEZ
CASE NUMBER: 02-CR-125-P-C

## ADDITIONAL SUPERVISED RELEASE/PROBATION TERMS

(1) Defendant shall not commit another federal, state, or local crime.

(2) Defendant shall participate in a program of mental health treatment, as directed by the supervising officer, until such time as Defendant is released from the program by the supervising officer. Defendant shall pay/co-pay for services provided during the course of such treatment, to the supervising officer's satisfaction.

(3) Defendant shall fully abstain from use or possession of all contraband substances and intoxicants during the period of his Supervised Release and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of his supervising officer during the period of his Supervised Release, which may include testing to determine whether Defendant has made any use of drugs or intoxicants. Defendant shall pay/co-pay for services provided during the course of such treatment, to the supervising officer's satisfaction. Defendant shall submit to one (1) drug test within fifteen (15) days of release from imprisonment and at least two (2) periodic tests thereafter, as directed by the supervising officer.

(4) Upon Defendant's entry upon Supervised Release, he shall, under the supervision of the supervising officer, arrange to surrender himself forthwith to the authorities involved in any then pending criminal charges.

(5) Defendant shall remain continuously employed for compensation to the satisfaction of his supervising officer throughout the period of Supervised Release.

(6) Defendant shall have no communication or contact, directly or indirectly, with any minors under the age of eighteen (18) unless granted permission to do so in advance by the supervising officer.

(7) Defendant shall not possess or use a computer to access an "on-line computer service" at any location, including his place of employment, without prior approval of his supervising officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

(8) Defendant shall consent to the U.S. Probation Office conducting periodic, unannounced examinations of his computer(s) equipment, which may include hardware, software, and copying of all data from his computer(s). This also includes removal of such equipment, when necessary, for the purpose of conducting a more thorough examination.

(9) Defendant shall provide personal and business telephone records to the U.S. Probation Office as directed.

(10) Defendant shall register with the state sex offender registration agency in any state where the Defendant resides, is employed, carries on a vocation, or is a student, as directed by the supervising officer.

AO 245B (Rev. 3/01) Sheet 5, Part A - Criminal Monetary Penalties

|  |  |
|---|---|
| Judgment—Page | 5 of 6 |

| DEFENDANT: | RICARDO L. VASQUEZ |
|---|---|
| CASE NUMBER: | 02-CR-125-P-C |

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following criminal monetary penalties.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $100 | Waived | N/A |

## FINE

☒ The court finds that the defendant does not have the ability to pay a fine. The Court will waive the fine in this case.

☐ The above fine includes costs of incarceration and/or supervision in the amount of $0.00.

## RESTITUTION

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered $** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 6 — Criminal Monetary Penalties

Judgment — Page 6 of 6

DEFENDANT: RICARDO L. VASQUEZ
CASE NUMBER: 02-CR-125-P-C

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

**A** [X] In full immediately

Any amount that the defendant is unable to pay now shall be paid in monthly installments, to be initially determined in amount by the supervising officer. Said payments are to be made during the period of his/her supervised release/probation subject always to review by the sentencing judge on request, by either the defendant or the government.

[ ] [ ] not later than _____ , or _____ .
[ ] in accordance with [ ] C, [ ] D, or [ ] E below; or

**B** [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] E below); or

**C** [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: